**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Mario  Ortega v. Sandra Centeno Blanco

Appellate case number:    01-20-00728-CV

Trial court case number:  2019-49198

Trial court:                       311th District Court of Harris County

      Appellant, Mario Ortega, has filed a second motion for a sixty-day extension of time in which to file his brief, which is currently due February 3, 2021.  Appellant's motion is **granted in part.**  Appellant's brief is due March 5, 2021.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____ _____
                             Acting individually

Date: January 28, 2021